## EXHIBIT A

Joseph M. Morris III, Esq.
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711
Attorneys for Defendants, Township of Freehold, George A. Burdge, III and Ernest Schriefer

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK J. COSTANTINO,<br><br>    PLAINTIFF,<br><br>V.<br><br>TOWNSHIP OF FREEHOLD, GEORGE A. BURDGE, III, IN HIS INDIVIDUAL CAPACITY AND ERNEST SCHRIEFFER, IN HIS INDIVIDUAL CAPACITY,<br><br>    Defendants. | Case No. 08-5159 (MLC-TJB)<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably resolved by and between Plaintiff, Frank J. Costantino ("Plaintiff"), on the one hand, Defendants, Township of Freehold (hereinafter, referred to as the "Township"), George A. Burdge, III and Ernest Schriefer (collectively, referred to as "Defendants") and the New Jersey Intergovernmental Insurance Fund (hereinafter, referred to as the "NJIIF") on the other hand, (the Plaintiff, Defendants, and NJIIF being hereinafter referred to individually as a "Party" and collectively as the "Parties"), it is hereby stipulated and agreed by the attorneys for the respective parties that

any and all claims by and between the Parties in the above action be and are hereby dismissed

with prejudice and without costs to any of the Parties.

Gary L. Mason, Esq.
Klafter & Mason, LLC
Manalapan Corporate Plaza
195 Route 9 South, Suite 204
Manalapan, New Jersey 07726
Attorney for Plaintiff

Joseph M. Morris III, Esq.
McElroy, Deutsch, Mulvaney
& Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079
Attorneys for Defendants

Dated: 12/11/09

Dated: 12/11/09